**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00218-CV**
_____

**KENNETH M. MORRIS, Appellant**

**V.**

**BRITTNEY NICOLE CLARK, CHRISTIAN MILES CLARK, AND FNE REALTY, LLC, Appellees**

On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 20-12-15981-CV

**MEMORANDUM OPINION**

Appellant Kenneth M. Morris filed a motion to dismiss this appeal. This motion is voluntarily made by Appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on September 1, 2021
Opinion Delivered September 2, 2021

Before Golemon, C.J., Kreger and Horton, JJ.